## 12934.  PORCHER *v.* HARVLEY.

An assignment of error that the judgment was " contrary to law " was too
general, in not stating wherein it was contrary to law, where made in
a bill of exceptions complaining of a judgment against an affidavit of
illegality in a case involving questions both of law and of fact, tried
by the judge without a jury.

DECIDED APRIL 13, 1922.

Affidavit of illegality; from city court of Douglas — Judge
Henson.  August 25, 1921.

*R. A. Moore,* for plaintiff.

*Casey Thigpen, L. E. Heath,* for defendant.

HILL, J.  This was a case raised by an affidavit of illegality
filed to the levy of an execution, involving questions both of law
and fact, and by consent it was tried by the judge without a jury
and a judgment rendered in favor of the execution.  There was
no motion for a new trial, and a direct exception was taken in the
bill of exceptions by the following assignment of error:  " The
said judge and court, sitting without the intervention of.a jury as
aforesaid, then and there·entered a judgment against the illegal-
ity and in favor of the execution, to which said decision and order
Mary Porcher, now the plaintiff in error, then and there excepted
and now accepts [excepts to ?] the same as error, as being contrary
to law, and says that said judge and court should have then and
there entered up a judgment in favor of the illegality and against
the execution in said case."  *Held*:  Under repeated decisions of
this court and of the Supreme Court, such assignment of error is
too general.  It should have stated wherein such judgment was
contrary to law.  The motion to dismiss the writ of error because
there is no sufficient specific assignment of error is sustained.
*Lyndon* v. *Ga. Ry. & Electric Co.,* 129 *Ga.* 353 (58 S. E. 1047),
and decisions cited; *Patterson* v. *Beck,* 133 *Ga.* 701 (66 S. E. 911),
and citations; *Kimball* v. *Williams,* 108 *Ga.* 812 (33 S. E. 994);
*Lamar, Taylor & Riley Drug Co.* v. *Southern School Book Co.,*
18 *Ga. App.* 650 (90 S. E. 174); *Joiner* v. *Stovall,* 12 *Ga. App.*
19 (76 S. E. 753).

*Writ of error dismissed.  Jenkins, P. J., and Stephens, J., concur.*